1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKEY VAN STRICKLAND,

11              Petitioner,                    No. CIV S-07-2467 LEW DAD P

12        vs.

13   CA DEP'T OF CORRECTIONS,

14              Respondent.               ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has also filed an application to proceed

18   in forma pauperis.

19              Examination of the in forma pauperis application reveals that petitioner is unable

20   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

21   granted.  See 28 U.S.C. § 1915(a).

22              "A petitioner for habeas corpus relief must name the state officer having custody

23   of him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d

24   359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Petitioner has named the

25   California Department of Corrections as respondent in this action.  The California Department of

26   Corrections is not the proper respondent.  Accordingly, the instant petition must be dismissed

1

1  with leave to amend.  See Stanley, 21 F.3d at 360.  In his amended petition, petitioner must name

2  as the respondent the warden of the facility where he is incarcerated.

3         In addition, petitioner should clarify in his amended petition the name and

4  location of the court that entered the judgment of conviction which he seeks to attack.  In the

5  instant petition, petitioner has listed "Superior Court of California – Sacramento County/San

6  Francisco County."  Petitioner is advised that, under the Federal Rules Governing § 2254 Cases

7  in the United States District Courts, "[a] petitioner who seeks relief from judgments of more than

8  one state court must file a separate petition covering the judgment or judgments of each court."

9  Rule 2(e), Fed. R. Governing § 2254 Cases.

10        In accordance with the above, IT IS HEREBY ORDERED that:

11        1.  Petitioner's application to proceed in forma pauperis is granted;

12        2.  Petitioner's application for writ of habeas corpus is dismissed with leave to file

13  an amended petition within thirty days from the date of this order;

14        3.  Any amended petition must be filed on the form employed by this court, must

15  name the proper respondent, and must state all claims and prayers for relief on the form.  It must

16  bear the case number assigned to this action and must bear the title "Amended Petition"; and

17        4.  The Clerk of the Court is directed to send petitioner the form for habeas corpus

18  application.

19  DATED: November 27, 2007.

21  _____
   DALE A. DROZD
22  UNITED STATES MAGISTRATE JUDGE

23  DAD:9
   stri2467.122
24

25

26

2