IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY VAN STRICKLAND,

    Petitioner,                        No. CIV S-07-2467 LEW DAD P

    vs.

STEVE MOORE, Warden,

    Respondent.                     ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has requested this action be dismissed without prejudice.

        Good cause appearing, IT IS HEREBY ORDERED that respondent shall notify this court, within ten days, whether he has any objection to the dismissal of this action. Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). See Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: April 7, 2008.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:9
stri2467.159a