IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKEY VAN STRICKLAND,

    Petitioner,           No. CIV S-07-2467 LEW DAD P

    vs.

STEVE MOORE, Warden,

    Respondent.        ORDER

                              /

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. On April 7, 2008, respondent was granted ten days in which to file any objection. Respondent has filed a statement of non-opposition to dismissal of this action.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: April 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stri2467.159